961 A.2d 51

**Kirk BARD, Petitioner**

v.

**Thomas CORBETT, et al. and Commonwealth of Pennsylvania, Respondents.**

**No. 136 EM 2008.**

Supreme Court of Pennsylvania.

Nov. 17, 2008.

***ORDER***

PER CURIAM.

**AND NOW,** this 17th day of November, 2008, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**